IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS,               )<br>                               )<br>    Plaintiff,               )<br>                               )<br>    v.                         )<br>                               )<br>DONALD VALENZA, Sheriff,       )<br>et al.,                        )<br>                               )<br>    Defendants.                ) | CIVIL ACTION NO.<br>1:20cv341-MHT<br>(WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate in the Houston County, Alabama Jail, filed this lawsuit complaining about his conditions of confinement in the jail.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of June, 2021.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**